UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ANGELO PEGUERO,<br>    Defendant. | C.A. No. 22-CR-89-JJM- |

## ORDER

Angelo Peguero asks this Court to clarify the sentence it imposed (ECF No. 13) in April, 2025 for a supervised release violation. ECF No. 16. The government did not object. The Court GRANTS the Motion and ORDERS as follows:

1. The 21-month federal sentence must run fully concurrent with the state sentence imposed by the State of Rhode Island.
2. Mr. Peguero is to receive credit toward the federal sentence for time served in state custody beginning February 1, 2024.
3. The Clerk of Court shall transmit this clarification to the Federal Bureau of Prisons for proper crediting of the Mr. Peguero's time served.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

June 24, 2025